NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD P. KERNER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2014-3013

---

Petition for review of the Merit Systems Protection Board in No. CH4324110568-I-1.

---

## ON MOTION

---

## O R D E R

Edward P. Kerner moves without opposition to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

2                                    KERNER v. INTERIOR

                                FOR THE COURT

                                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court


s21


ISSUED AS A MANDATE: February 24, 2014